**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
Scott L. Poff, Clerk
United States District Court
By jburrell at 2:49 pm, Sep 14, 2018

UNITED STATES OF AMERICA

v.   Crim. No. 4:13CR00205-1

Mark Andrew Redman

On February 2, 2017, Mark Andrew Redman was placed on supervised release for a period of three years. Redman has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Erica Campbell
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this __13th__ day of ____September____, 2018.

R. Stan Baker
United States District Judge
Southern District of Georgia